# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES III TRUST<br><br>v.<br><br>TRAVIS MONTELL PATRICK a/k/a DAVID MILLS a/k/a SKYLINE TRUST and ALL OCCUPANTS OF 5170 SKYLINE DRIVE, FRISCO, TEXAS 75034 | § § § § § § § § § § § § | CIVIL ACTION NO. 3:21-CV-2306-S-BN |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 5]. Defendants filed objections [ECF No. 6]. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **REMANDS** this action to the Justice Court of Denton County, TX, Precinct 2, from which it was removed.

**SO ORDERED.**

SIGNED October 14, 2021.

_[signature]_
**UNITED STATES DISTRICT JUDGE**